UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:16-cr-65-FtM-38MRM

IRA SHAWNTAE SHAW

**ORDER**

Under the Court's Administrative Order, Case No. 8:20-mc-25 (Doc. 1), which implements the Coronavirus Aid, Relief, and Economic Security Act ("CARES"), the Court may conduct the revocation of supervised release – final hearing by video conferencing with Defendant **IRA SHAWNTAE SHAW'S** consent after he confers with counsel.

Accordingly, it is

**ORDERED:**

(1) On or before ***Friday, September 25, 2020** at **NOON**, counsel for Defendant **IRA SHAWNTAE SHAW** must file a written notice advising the Court:

  a. whether Defendant, after consulting with defense counsel, consents to proceed with the final revocation of supervised release hearing by video conferencing and by telephone if video is not reasonably available;

  b. why delaying the final revocation of supervised release hearing will result in serious harm to the interests of justice; and

  c. the Government's position on a videoconference final revocation hearing.

(2) If Defendant's counsel advises that Defendant consents to proceed with the hearing by video conferencing, the Clerk is **DIRECTED** to notice the hearing and provide all hearing participants with instructions for joining the hearing.

(3) The Court will address the specific findings required by the CARES Act at the video conference final revocation of supervised release hearing.

**DONE AND ORDERED** in Fort Myers, Florida on this 18th day of September 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All counsel of record